679 A.2d 1260

**COMMONWEALTH of Pennsylvania, Appellee,**

**v.**

**William McQUILLAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1996.

Decided July 16, 1996.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

AND NOW, this 16th day of July, 1996, the above-captioned appeal is hereby dismissed as having been improvidently granted.